UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20855-CR-SEITZ/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NELSON MOREJON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION
## ON DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE

The Defendant, Nelson Morejon, filed a Motion to Suppress Physical Evidence [DE 70], to which the government filed two responses. [DE 84, 89]. In that Motion the Defendant asks this Court to exclude from evidence certain objects seized on October 17, 2007, from a Chrysler 300 driven by the Defendant. The Honorable Patricia A. Seitz referred the Motion to this Magistrate Judge for report and recommendation [DE 73], and this Court held an evidentiary hearing on March 25, 2008.

On March 27, 2008, in open court at a proceeding attended by all parties, this Magistrate Judge made findings of fact and conclusions of law and announced that she will recommend to the presiding District Court Judge that the Defendant's Motion be denied. Accordingly, for the reasons stated in open court on March 27, 2008, which are incorporated in this Report and Recommendation, this Court does hereby

1

RECOMMEND that Defendant Nelson Morejon's Motion to Suppress Physical Evidence [DE 70], be **DENIED**.

### Objections

The Defendant may file objections to this Report and Recommendation with the Honorable Patricia A. Seitz, **no later than Monday, April 7, 2008.** If the Defendant chooses to file objections, he must by the same deadline file with the Court a transcript of both the evidentiary hearing and this Court's findings of fact and conclusions of law issued in open court on this same date. The government may file a written response to those objections **no later than noon, on Thursday April 10, 2008**. Failure to timely file objections shall bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988).

RESPECTFULLY RECOMMENDED at Miami, Florida this 27th day of March, 2008.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Patricia A. Seitz
All counsel of record