UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20855-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NELSON MOREJON,

        Defendant.
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Chris M. McAliley recommending that Defendant Nelson Morejon's Motion to Suppress Physical Evidence [DE 70] be DENIED. The Court has reviewed Judge McAliley's R&R, there being no objections filed and based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge McAliley be RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

Defendant's Motion to Suppress Physical Evidence is DENIED.

DONE AND ORDERED in Miami, Florida this 8th day of April, 2008.

                                                              PATRICIA A. SEITZ
                                                              UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Chris M. McAliley
Counsel of Record