UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20658-CIV-HOEVELER/WHITE
(07-20855-CR-HOEVELER)

NELSON MOREJON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION, AND CLOSING CASE

THIS CAUSE comes before the Court upon the Report of the Magistrate Judge filed October 1, 2013, recommending that the Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence be DENIED, and that no certificate of appealability be issued. After a review of the comprehensive Report, and being otherwise briefed in the premises, and noting that no objections were filed, it is

ORDERED AND ADJUDGED that the Report be adopted by this Court. Movant's Motion to Vacate, Set Aside, or Correct Sentence is DENIED. No certificate of appealability is to be issued. This case is closed.

DONE AND ORDERED in Miami, Florida, this 27th day of January 2014.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to:    Magistrate Judge White
                Andrea Hoffman
                Nelson Morejon, Reg. # 79147-004,
                     Federal Transfer Center - Oklahoma City
                     P.O. Box 898801, Oklahoma City, OK 73189
                Nelson Morejon, Reg. # 79147-004,
                     D. Ray James Correctional Institution
                     P.O. Box 2000, Folkston, GA 31537